**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kristopher VILLALOBOS,**
**Defendant–Appellant.**

**No. 03–20823.**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

May 26, 2004.

James Lee Turner, Assistant US Attorney, Houston, TX, for Plaintiff–Appellee.

Kristopher Villalobos, Beaumont, TX, for Defendant–Appellant.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

The attorney appointed to represent Kristopher Villalobos has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Villalobos has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.